UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

*[signature]*

| | |
|---|---|
| OPERATING ENGINEERS LOCAL UNION NO. 474 HEALTH AND WELFARE FUND, OPERATING ENGINEERS LOCAL UNION NO. 474 PENSION FUND, and OPERATING ENGINEERS LOCAL UNION NO. 474 APPRENTICESHIP FUND, | Civil Action No. 3:14cv244 |
| Plaintiffs, | *Judge Trauger* *Magistrate Judge Griffin* |
| v. | |
| BELL CRANE & RIGGING, INC., | |
| Defendant. | |

## MOTION FOR PRELIMINARY INJUNCTION AND TO WAIVE SECURITY

Pursuant to Fed. R. Civ. P. 65(a) and (c), Plaintiffs move the Court to enter a preliminary injunction and to waive any requirement for security in connection with issuance of the interlocutory injunction.

The injunction would require the Defendant to submit reports and payments required under a collective bargaining agreement. Without these reports and payments, Defendant's employees may be deprived of benefits, and so absent injunctive relief Plaintiffs and member employees may suffer irreparable harm. A supporting and explanatory memorandum is filed herewith.