UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL UNION NO. 474 HEALTH AND WELFARE FUND, OPERATING ENGINEERS LOCAL UNION NO. 474 PENSION FUND, and OPERATING ENGINEERS LOCAL UNION NO. 474 APPRENTICESHIP FUND,<br><br>Plaintiffs,<br><br>v.<br><br>BELL CRANE & RIGGING, INC.,<br><br>Defendant. | Civil Action No. 3:14cv244<br><br>*Judge Trauger*<br>*Magistrate Judge Griffin* |

## AGREED ORDER

It appearing to the satisfaction of the Court, as evidenced by signatures on behalf of the respective parties, the parties have agreed upon a settlement and compromise of this action, this civil action is dismissed, and the preliminary injunction (Docket Entry no. 13) is hereby converted to a permanent injunction. The Defendant Bell Crane & Rigging, Inc. is permanently enjoined to conform its conduct to 29 U.S.C. § 1145 and is required to pay contributions and submit reports on a timely basis in the future.

The Clerk is directed to administratively close this case.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge

{003017/10210/00326145.DOCX / Ver.1}

APPROVED FOR ENTRY:

_R. Jan Jennings_
R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Tel.: (615) 254-8801
Email: jan@branstetterlaw.com


Bell Crane & Rigging, Inc.


By: _Ralph Bell_
Ralph Bell
Bell Crane & Rigging, Inc.
P.O. Box 1505
Richmond Hill, GA 31324


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served via United States First Class Mail with adequate postage affixed thereon to the following:

>Bell Crane & Rigging, Inc.
>P.O. Box 1505
>Richmond Hill, GA 31324

This 11th day of July, 2014.

>s/R. Jan Jennings
>R. Jan Jennings